NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIGRAN SARGSYAN and NADIA KHUDANYAN, | No. 16-71347 |
| Petitioners, | Agency Nos. A075-608-437<br>A075-582-109 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 13, 2018**

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

Tigran Sargsyan, a native and citizen of Armenia, and Nadia Khudanyan, a

native of Iran and citizen of Armenia, petition for review of the Board of

Immigration Appeals' ("BIA") order denying their motion to reopen removal

proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' untimely motion to reopen, where they failed to demonstrate prima facie eligibility for relief. *See id.* at 966.

**PETITION FOR REVIEW DENIED.**